**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/14/13__

IN RE AGNICO-EAGLE MINES LTD.
SECURITIES LITIGATION

11 **CIVIL** 7968 (JPO)

**JUDGMENT**

-----------------------------------------------------------X

Defendants having moved to dismiss the complaint, and the matter having come before the

Honorable J. Paul Oetken, United States District Judge, and the Court, on January 14, 2012, having

rendered its Memorandum and Order granting Defendants motion to dismiss the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum and Order dated January 14, 2012, Defendants' motion to dismiss the

complaint is granted; accordingly, the case is closed.

**Dated:**  New York, New York
January 14, 2012

**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY:

_____
**Deputy Clerk**